## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDDIE MANUEL MAISONET, JR. O/B/O A.M.M., | : : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | : : : | |
| Defendant | : | NO. 20-5847 |

## ORDER

**AND NOW**, this 7th day of June 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall evaluate comprehensively, and explain properly, the record evidence relied upon in reaching her decision.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge